

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-22-00477-CR

**EX PARTE** Ricardo Guevara **AGUIRRE**,

From the County Court, Kinney County, Texas
Trial Court No. 10426CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

A supplemental clerk's record has been filed that includes the trial court's certification that appellant has the right to appeal. We ORDER appellant to file his brief on or before **October 3, 2022.**

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court